BRYAN MCAVENEY, Appellant, *v.* THOMAS H. BRUSH, Impleaded, Respondent.

MOTION for reargument of appeal.

*John F. Brush*, for motion.

*Geo. S. Daniels*, opposed.

*Per Curiam.* As the adjudication that defendant was in contempt was made at the General Term upon appeal from an order holding otherwise, for legal reasons, and the fine was imposed at the General Term, we will allow a reargument upon the facts.

Motion granted, without costs.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion granted, without costs.